No. 13,245.

H. WESTON LUMBER CO. VS. ANDERSON & ALLEN ET ALS.

IN RE Fidelity and Deposit Company, of Maryland, applying for *certiorari* or writ of review to the Court of Appeals, for the Parish of Orleans, State of Louisiana.

---

*Purnell M. Milner* for Petitioner.

---

The opinion of the court was delivered by

NICHOLLS, C. J.   It is not considered that this case presents those exceptional features, whether of law or fact, which alone, under the rule announced in repeated decisions, justify the granting of the writ of review, and the same is, accordingly, denied.

MONROE, J., takes no part.